# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENE MATTERA, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MGP LESSOR, LLC, A Nevada Limited Liability Company<br><br>Defendant. | Case No.: 2:26-cv-01482-CDS-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Gene Mattera, Access 4 All, Inc. ("Plaintiffs"), by and through their counsel, Iglody Law and The Mineo Salcedo Law Firm and MGP Lessor, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendants shall have up to and including **July 10, 2026**, in which to file its response to Plaintiffs' Complaint (ECF No. 1). This stipulation is submitted and based upon the following:

1.      Plaintiffs filed their Complaint on May 14, 2026. ECF No. 2.

2.      Defendant was served with the Summons and Complaint on or about May 20, 2026. (ECF No. 8).

3.      Defendant's counsel was recently retained in this matter and is still in the process of investigating Plaintiffs' allegations. As such, Defendant requires additional time to complete its response to Plaintiffs' Complaint.

4.      The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiffs' Complaint to **July 10, 2026**.

5.      This is the first stipulation to extend the time for Defendant to respond to Plaintiffs' Complaint for Damages.

6.      The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.      This Stipulation is made in good faith and not for the purpose of delay.

8.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 8th day of June, 2026.

IGLODY LAW                                                JACKSON LEWIS P.C.

*/s/ Lee Iglody*                                          */s/Tenesa S. Powell*
Lee Iglody, Bar # 7757                                    Chad Butterfield, Bar #10532
Iglody Law                                                Tenesa S. Powell, Bar # 12488
2580 St. Rose Pkwy, Suite 330                             Jackson Lewis, P.C.
Henderson, NV 89074                                       300 S. Fourth St., Suite 900
                                                          Las Vegas, Nevada 89101
/s/ *Kristen Barros*
Kirsten Barros, FL Bar # 1008492                          *Attorney for Defendant*
(Pro Hac Vice)
The Mineo Salcedo Law Firm, P.A
5600 Davie Road
Davie, FL 33314

*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: _____ June 8, 2026 _____

2