**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gene Mattera, et al.,<br>Plaintiff(s),<br>v.<br>MGP Lessor, LLC,<br>Defendant(s). | Case No. 2:26-cv-01482-CDS-NJK<br>**Order**<br>[Docket No. 16] |

Pending before the Court is a proposed discovery plan seeking special scheduling review. Docket No. 16. The presumptively reasonable discovery period is 180 days measured from the date the first defendant answered or otherwise appeared. Local Rule 26-1(b)(1). In this case, the parties seek an extraordinary discovery period of 306 days. *See* Docket No. 16 at 3. The Court understands and appreciates absences associated with maternity leave. On the other hand, Plaintiffs are represented by two different law firms that have other attorneys,[1] so it is not clear why this case cannot proceed forward while the identified attorney is out. *Cf. Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1180 (D. Nev. 2022). Accordingly, the Court **DENIES** without prejudice the discovery plan. A renewed discovery plan must be filed by September 1, 2026.

IT IS SO ORDERED.

Dated: August 25, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The circumstances of attorney John Salcedo's appearance without filing an application to proceed *pro hac vice* remains the subject of a pending order to show cause. *See* Docket No. 12.