**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gene Mattera, et al.,<br>Plaintiff(s),<br>v.<br>MGP Lessor, LLC,<br>Defendant(s). | Case No. 2:26-cv-01482-CDS-NJK<br>**Order** |

Pending before the Court is an order to show cause why attorneys John A. Salcedo and Lee Iglody should not be referred to the state bar regarding the unauthorized practice of law. Docket No. 18.[1] Both Attorney Salcedo and Attorney Iglody have filed responses, Docket Nos. 21, 22, representing that they will cease their current practices of having Attorney Salcedo engage in legal work on cases in this District. Based on the representations provided, the Court will not refer this matter to the state bar and, instead, **DISCHARGES** the order to show cause.[2]

IT IS SO ORDERED.

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court does not opine herein on the separate order to show cause why sanctions should not be imposed for failing to comply with the *pro hac vice* rules. *See* Docket No. 12.

[2] The Court will revisit the issue in the event Attorney Salcedo in fact continues to engage in substantive legal work in cases in this District.